

## NUMBER 13-13-00065-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

### IN RE TOTAL COMMITMENT, LLC AND
### TOTAL COMMITMENT IN MINISTRIES,
### A NON-PROFIT CORPORATION

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam[1]

Relators, Total Commitment, LLC, and Total Commitment in Ministries, a
Nonprofit Corporation, have filed a petition for writ of mandamus alleging that the
Honorable Sergio Valdez, presiding judge of the County Court at Law No. 7 of Hidalgo
County, Texas, abused his discretion, leaving relators without an adequate appellate

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When
denying relief [in an original proceeding], the court may hand down an opinion but is not required to do
so.").

remedy, by transferring the underlying cause, styled *MJJS Corporation v. Total Commitment, LLC, et al.*, trial court cause number CL-11-3519-G, to the County Court at Law No. 8 of Hidalgo County. On February 1, 2013, we granted relators' request to stay the underlying proceedings and we ordered the real party in interest, MJJS Corporation, to file a response. Such a response was filed on February 20, 2013.

Having fully reviewed and considered relators' petition and real party in interest's response, we conclude that the relator has not shown itself entitled to the relief sought and that the petition for writ of mandamus should be denied. Accordingly, we hereby DENY relator's petition for writ of mandamus and LIFT the previously-imposed stay of trial court proceedings.

PER CURIAM

Delivered and filed the
25th day of February, 2013.